**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **MALCOLM C. COPE,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:04-CV-133 (HL) |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| Defendant | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 18) filed July 10, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed by any parties within the time allowed.

**SO ORDERED,** this the 20th day of August, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**